MICHAEL I. GOTTFRIED (State Bar No. 146689)
mgottfried@lgbfirm.com
PETER BRANSTEN (State Bar No. 113352)
pbransten@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Creditors James Preimesberger
and Meridian Health Services Holdings, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| In re<br><br>STEVEN VICTOR BRULL,<br><br>Debtor. | Case No. 8:16-cv-01963-BRO<br><br>Bk. Case No. 8:16-bk-10416-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL** |

**ORDER**

The Court, having reviewed the Stipulation for Dismissal of Appeal (the "Stipulation") by and between appellants, James Preimesberger and Meridian Health Services Holdings (jointly, "Appellants"), and appellee, the Chapter 7 Trustee of the estate of Steven Victor Brull, pursuant to which the parties agreed that the appeal taken by Appellants of the Bankruptcy Court's October 27, 2016 Order Granting Chapter 7 Trustee's Motion For Order Approving Equity Buy Back Agreement ("Appeal") be voluntarily dismissed, and good cause being shown,

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety; and it is further

**ORDERED,** that the Appeal is hereby dismissed with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 21, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge